## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**LOGARO LLC,**

                  Plaintiff,

      v.

**ACEYEEU, et al.,**

                  Defendants.

**Case No.  1:2025-cv-04653**

**Honorable Judge Michael L. Brown**

## <u>NOTICE OF APPEARANCE</u>

To:  The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the following defendants:

1. Aceyeeu

2. aijolenlon

3. Aqur2020

4. BAFOVY

5. Beautycitys

6. Beiyizhu

7. BevyInfor

8. Bitanlkier—US

1

9. Blurte

10. btastbo

11. Burappoi dy

12. Ceavo

13. ChewRes

14. Chuxvif

15. Ciciglow

16. Codalo-US

17. Cornesty Direct

18. Cytliamnb

19. Dawnsou

20. Deelair

21. Diyeeni us

22. Dushiw

23. Enraek

24. erichip

25. Fangzouns

26. Ferlei

27. Firecao

28. Floverd

29. Fosdave-US

30. Futurzer

31. Geiyuar

32. Gorgeriie

33. Gudinice

34. Gulaer

35. Hairolorys

36. Hakeeta us

37. Haoyoou

38. hehuashan

39. hightseckw

Dated:  September 11, 2025.

                                    */s/ Albert M. Myers*
                                    Albert M. Myers
                                    Georgia Bar No. 002711
                                    AL MYERS LAW, LLC
                                    1050 Crown Pointe Parkway
                                    Suite 500
                                    Atlanta, GA 30338
                                    Tel. (404) 931-7735
                                    Email: *mearsly@gmail.com*

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing pleading complies with this Court's rules concerning typographical presentation in that it is set in 14-point Times New Roman font.


*/s/ Albert M. Myers*
Albert M. Myers

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 11th day of September, 2025, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Georgia, Atlanta Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Albert M. Myers*
Albert M. Myers
