# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LOGARO LLC, <br>                 Plaintiff, <br><br> v. <br><br> ACEYEEU, et al., <br><br>                 Defendants. | Civil Action No. 1:25-cv-4653-MLB |

## Notice of Authority

Per the Court's request, Logaro LLC ("Plaintiff") directs the Court to the following opinions, attached as **Exhibit 1**, of competing opinions concerning permissive joinder under Fed. R. Civ. P. 20.  Plaintiff will submit a memorandum of law on the topic at the Court's request.

1. Illinois Tool Works Inc. v. Hybrid Conversions, Inc., 2010 WL 11561189 (N.D. Ga. Sept. 2, 2010)

2. Viahart, L.L.C. v. GangPeng, 2022 WL 445161 (5th Cir. Feb. 14, 2022)

3. Animaccord Ltd. v. Individuals, Partnerships, & Unincorporated Associations Identified on Schedule "A", 2025 WL 1678970 (E.D. Tex. June 13, 2025)

4. Courthouse News Serv. v. Schaefer, 2 F.4th 318 (4th Cir. 2021)

5. WowWee Grp. Ltd. v. Meirly, 2019 WL 1375470 (S.D.N.Y. Mar. 27, 2019)

6. Bose Corp. v. P'ships & Unincorporated Ass'ns Identified on Schedule "A", 334 F.R.D. 511 (N.D. Ill. 2020)

7. Zou v. The Entities, et al., No. 23-cv-16600 Dkt. 60 (N.D. Ill. Mar. 8, 2024)

8. Bala Bangles, Inc. v. The Entities and Individuals Identified in Annex A, No. 21-cv-05051 Dkt. 42 (N.D. Ill. Nov. 17, 2021)

9. Merch Traffic, LLC v. The Partnerships, et al., No. 25-cv-01180 Dkt. 36 (N.D. Ill. Apr. 17, 2025)

10. Shenzhen Mahihaoduo Trading Co. Ltd. v. The P'ships, et al., 25-cv-04242 Dkt. 15 (N.D. Ill. June 18. 2025)

11. Eicher Motors Limited v. The P'ships, et al., 25-cv-02937 Dkt. 22 (N.D. Ill. Aug.8, 2025)

12. Estee Lauder Cosms. Ltd. v. P'ships & Unincorporated Ass'ns Identified on Schedule A, 334 F.R.D. 182, 185 (N.D. Ill. 2020)

13. In re: Schedule A Cases, Schedule A Case Standing Order, 2:25-cv-00926 Dkt. 13 (W.D. Pa July 20, 2025)

Respectfully submitted,

/s/Adam E. Urbanczyk
Adam E. Urbanczyk
(GA 094951)
AU LLC
444 W. Lake St. 17th Floor
Chicago, IL 60606
(312) 715-7312
adamu@au-llc.com
*Counsel for Plaintiff*