IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LOGARO LLC, <br><br>　　　　Plaintiff, <br><br> v. <br><br> ACEYEEU, et al., <br><br>　　　　Defendants. | Civil Action No. 1:25-cv-4653-MLB |

**Notice of Dismissal**

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Logaro LLC dismisses this action against all Defendants without prejudice.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/Adam E. Urbanczyk
　　　　　　　　　　　　　　　　　　　　Adam E. Urbanczyk
　　　　　　　　　　　　　　　　　　　　(GA 094951)
　　　　　　　　　　　　　　　　　　　　AU LLC
　　　　　　　　　　　　　　　　　　　　444 W. Lake St. 17th Floor
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　(312) 715-7312
　　　　　　　　　　　　　　　　　　　　adamu@au-llc.com
　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*